STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD A. LYNCH, DEFENDANT-APPELLANT.

Argued March 5, 1968—Decided April 1, 1968.

*Mr. Joseph F. Mattice* argued the cause for appellant.

*Mr. Thomas L. Yaccarino,* Assistant County Prosecutor, argued the cause for respondent (*Mr. Vincent P. Keuper,* Monmouth County Prosecutor, attorney).

The opinion of the court was delivered

PER CURIAM. Defendant appeals from a conviction for murder in the second degree. We find no basis for disturbing the judgment. It is affirmed.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal* — None.